September 04, 2009

Mr. Jeffrey D. Janota
Henslee Schwartz LLP
816 Congress Avenue, Suite 800
Austin, TX 78701

Mr. Edwin Todd Lipscomb
Loree, Hernandez & Lipscomb
14607 San Pedro, Suite 125
San Antonio, TX 78232
Honorable Gene Knize
Judge, 40th District Court
101 West Main
Waxahachie, TX 75165-3700

RE: Case Number: 09-0703
 Court of Appeals Number: 10-09-00119-CV
 Trial Court Number: 74551

Style: IN RE OLSHAN FOUNDATION REPAIR COMPANY, LLC AND OLSHAN
 FOUNDATION REPAIR COMPANY OF DALLAS, LTD.

Dear Counsel:

 Today the Supreme Court of Texas granted the Emergency Motion to Stay
District Court Proceedings and issued the enclosed stay order in the above-
referenced case. The petition for writ of mandamus remains pending before
this Court.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

Enclosure
|cc:|Ms. Melanie Reed|
| | |
| |Ms. Sharri |
| |Roessler |